ROBERT W. FREEMAN
Nevada Bar No. 03062
Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 08181
Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

### ***

| | |
|---|---|
| MELISSA SUE ALLEN-GLEASON, an individual, | CASE NO. 2:19-cv-2131-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | **FIRST REQUEST** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its attorneys of record, Robert W. Freeman, Esq., and Pamela L. McGaha, Esq., and Cheryl A. Grames, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF MELISSA SUE ALLEN-GLEASON ("Plaintiff"), by and through her counsel of record, Dennis M. Prince, Esq. and Kevin T. Strong, Esq. of Prince Law Group, that the due date for Defendant's Response to Plaintiff's Complaint be extended Thirty (30) days, from December 20, 2019, to January 20, 2020.

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-7163-9983.1

**Reason for the Extension:**

Counsel for Defendant has only recently appeared in this case, and is concurrently filing a Substitution of Attorney. Further, Defendant needs additional time to file a responsive pleading due to the nature and complexity of the claims in Plaintiff's Complaint (ECF No. 1 at 6-14). This is Defendant's first request to extend this deadline, and Defendant makes it in good faith and not to delay these proceedings.

Dated this 19th day of December, 2019.

Dated this 19th day of December, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

PRINCE LAW GROUP

*/s/ Robert W. Freeman*

*/s/ Kevin T. Strong*

ROBERT W. FREEMAN
Nevada Bar No. 03062
PAMELA L. McGAHA
Nevada Bar No. 08181
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

DENNIS M. PRINCE
Nevada Bar No. 05092
KEVIN T. STRONG
Nevada Bar No. 12107
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*
*Melissa Sue Allen-Gleason*

**ORDER**

**IT IS SO ORDERED.**

Dated this 20th day of ___December___, 2019.

_____
U.S. MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW