ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 8181
Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MELISSA SUE ALLEN-GLEASON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-2131-RFB-BNW <br><br> **SUBSTITUTION OF ATTORNEYS** |

State Farm Mutual Automobile Association substitutes Robert W. Freeman, Esq. of the law firm Lewis Brisbois Bisgaard & Smith, as attorney of record in place of James E. Harper of Harper Selim as attorneys for Defendant State Farm Mutual Automobile Association.

Dated this 20th day of December 2019.

By: _____
State Farm Mutual Automobile Insurance Company

...

...

4846-8908-1775.1

I consent to the above substitution.

Dated this 2nd day of June, 2020.

HARPER SELIM

By _____
James E. Harper, Esq.
Nevada Bar No. 9822
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134

I accept the above substitution. I am duly admitted to practice in this District Court.

DATED this 2nd day of June, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

**IT IS SO ORDERED**

**DATED: June 04, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4846-8908-1775.1

2