ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 8181
Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| MELISSA SUE ALLEN-GLEASON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-2131-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff MELISSA SUE ALLEN-GLEASON ("Plaintiff"), by and through her counsel, PRINCE LAW GROUP, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed,

. . .

. . .

. . .

4835-5185-9163.1

with prejudice, each party to bear their own attorney's fees and costs.

DATED this 15th day of ~~February~~ March, 2021.     DATED this 16th day of February, 2021.

PRINCE LAW GROUP                                      LEWIS BRISBOIS BISGAARD SMITH LLP

_____                       _____
Dennis M. Prince, Esq.                                ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 5092                                   Nevada Bar No. 03062
Kevin T. Strong, Esq.                                 PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 12107                                  Nevada Bar No. 08181
10801 West Charleston, Suite 560                      CHERYL A. GRAMES
Las Vegas, Nevada 89135                               Nevada Bar No. 12752
*Attorneys for Plaintiff Melissa Sue*                 6385 S. Rainbow Boulevard, Suite 600
*Allen-Gleason*                                       Las Vegas, Nevada 89118
                                                      *Attorneys for Defendant State Farm Mutual*
                                                      *Automobile Insurance Company*

## ORDER

IT IS SO ORDERED:

Dated this  17th  day of   March    , 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

4835-5185-9163.1                                      2